IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   09-cv-00497-DME -BNB | Date: October 16, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Kenneth Guido |
| Plaintiff(s) | |
| v. | |
| THE REGENCY GROUP, LLC, | David Zisser |
| SCOTT F. GELBARD, | David Zisser |
| JEFFREY S. KOSLOSKY, | John Schlie |
| AARON S. LAMKIN, | David Zisser |
| MICHAEL J. COUTRIS, | |
| J. COUTRIS PARTNERS, LP, | |
| JOSEPH S. FERNANDO, | |
| WELLINGTON CAPITAL ENTERPRISES, INC., | Michael MacPhail |
| | Olympia Fay |
| JAMES J. COUTRIS, | |
| DIMITRIOS I. GOUNTIS, | |
| and JOHN J. COUTRIS, | |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:      1:32 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**    Plaintiff's combined emergency motion and supporting memorandum to compel the deposition of Defendant Joseph S. Fernando [doc 26; filed 10/6/09] is granted as stated on the record.  Defendant Joseph S. Fernando is

     **ordered to appear for his deposition on October 26, 2009 at 8:30 a.m.**

**ORDERED:** **The discovery cut-off deadline is extended to and including November 27, 2009 solely for the purpose to allow the depositions of Mr. Eiten and Dr. Slaga.**

Court in Recess  1:49 p.m.  Hearing concluded. Total time in Court: 00:17

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.