IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00497-DME-BNB

U.S. SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

THE REGENCY GROUP, LLC,
SCOTT F. GELBARD,
JEFFREY S. KOSLOSKY,
AARON S. LAMKIN,
JOHN J. COUTRIS,
J. COUTRIS PARTNERS, LP,
JOSEPH S. FERNANDO,
WELLINGTON CAPITAL ENTERPRISES, INC.,
JAMES J. COUTRIS, and
DIMITRIOS I. GOUNTIS,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Motion for Permission to Withdraw as Counsel** [Doc. # 30, filed 10/12/2009] (the "Motion to Withdraw").  I held a hearing on the Motion to Withdraw this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Withdraw is GRANTED.  Michael R. MacPhail, Olympia Z. Fay, and the law firm of Holme Roberts & Owen, LLP, are allowed to withdraw and are relieved of any further responsibility in the case.

I warn Joseph S. Fernando and Wellington Capital Enterprises, Inc., that they personally are responsible for complying with all court orders and time limitations established by any applicable rules. Wellington Capital Enterprises, Inc., as an entity, cannot appear without counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against it. See D.C.COLO.LCivR 83.3D.

Dated October 28, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge