IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00497-REB-BNB

U.S. SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

THE REGENCY GROUP, LLC,
SCOTT F. GELBARD,
JEFFREY S. KOSLOSKY,
AARON S. LAMKIN,
JOHN J. COUTRIS,
J. COUTRIS PARTNERS, LP,
JAMES J. COUTRIS, and
DIMITRIOS I. GOUNTIS,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amendment of the Scheduling Order** [docket no. 109, filed May 18, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the deposition of Robert Lowry may take place on or before June 3, 2010.


DATED: May 18, 2010