**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00497-REB-BNB

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

THE REGENCY GROUP, LLC, et al,

     Defendants.

**ORDER**

**Blackburn, J.**

     This matter is before me *sua sponte*. On July 16, 2010, I conducted a Trial Preparation Conference in this matter. At that time, I informed the parties that due to conflicts on the court's trial calendar, I would be unable to commence the trial of this matter at currently scheduled on August 2, 2010. The parties believe that the trial cannot be truncated from its current twelve-day schedule, despite the settlement of several defendants. I, therefore, must vacate the current trial setting and continue this matter to a later date, to be determined *in futuro*.

     **THEREFORE, IT IS ORDERED** that the jury trial currently scheduled to commence on **Monday, August 2, 2010** is **VACATED** and **CONTINUED**, pending further order of the court.

     Dated July 23, 2010, at Denver, Colorado.

                                             **BY THE COURT:**

                                             */s/ Robert E. Blackburn*
                                             Robert E. Blackburn
                                             United States District Judge