IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE KATHRYN H. VRATIL

_____

| | |
|---|---|
| Courtroom Deputy:  LaDonne Bush | Date:  May 5, 2011 |
| Court Reporter:      Tracy Weir | |

_____

| | |
|---|---|
| Civil Action No. 09-cv-00497-KHV-BNB | Counsel: |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Herbert Semler<br>Kenneth Guido<br>Dean Conway |
| Plaintiff, | |
| v. | |
| THE REGENCY GROUP, LLC, et al, | David Zisser<br>John Schlie |
| Defendants. | |

_____

COURTROOM MINUTES
_____

Trial Preparation Conference

10:01 am.     Court in session in chambers.

Counsel summarize the facts and theories of the case.

Discussion regarding the exhibits and Defendants' objections to Plaintiff's summary exhibits.

Discussion regarding the Motion to Amend Supplemental Pretrial Order [144], deposition designations, editing videos, and live testimony.

**ORDERED**:  Motion to Amend Supplemental Pretrial Order [144] is denied.

Court instructs counsel to confer on their objections to deposition testimony to obviate the necessity of the Court ruling on the objections.

Discussion regarding the possibility of settlement.  Counsel do not object to setting a settlement conference with Magistrate Judge Boland.

Opening statements are limited to 30 minutes and closing arguments to 45 minutes.

No time limit is set for voir dire.

Discussion regarding the process for settling this case and the time necessary for the five member Commission to approve a settlement.  Court may set a backup trial date.

Court instructs counsel to set a settlement conference with Magistrate Judge Boland's chambers.

10:50 a.m.    Court in recess.

Time: 00:49
Hearing concluded.